

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| Maria Duria Chavelas, Individually, also known as Maria Duria Wilhelm d/b/a International Legal Services-Abogados, d/b/a Abogados Sin International Legal Services and d/b/a Attorney's without Borders, | § | No. 08-19-00081-CV |
|  | § | Appeal from the |
|  | § | 346th District Court |
|  | § | of El Paso County, Texas |
| Appellant, | § | (TC# 2014DCV1634) |
| v. | § |  |
| The State of Texas, | § |  |
| Appellee. | § |  |
|  | § |  |
|  | § |  |

## **O R D E R**

Pending before the Court is a motion filed by Appellant, Maria Duria Chavelas, requesting the appointment of counsel and a translator to assist her on appeal. She also requests that she be provided a free copy of the record of the trial and any documents or digital files in the possession of the trial court and other entities. The Court has ordered the trial court to conduct a hearing to determine whether Appellant is entitled to a free reporter's record. We will not address Appellant's separate request for a free record through this motion. Regarding Appellant's request for a copy of all documents and files from other entities, the Rules of Appellate Procedure do not authorize this Court to grant that request. Finally, Appellant is not entitled to the appointment of counsel or a translator to assist her in this appeal from a civil judgment granting monetary and injunctive relief against her. Accordingly, the motion is DENIED.

IT IS SO ORDERED this 16th day of April, 2019.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.